**Order entered May 1, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00038-CV

### BASIL BROWN, Appellant

### V.

### ROBERT HAWKINS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 16C-0127**

# ORDER

Appellant has been declared a vexatious litigant and is required to obtain permission from the local administrative judge to file this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). After granting appellant two extensions, the Court received a copy of the March 22, 2019 order of the Honorable Carter Thompson, Local Administrative Judge in Dallas County. By order dated March 27, 2019, we acknowledged receipt of the March 22nd order and set the deadline for the reporter's record. After appellee objected to this Court's March 27th order asserting that appellant had to obtain permission from the local administrative judge of Kaufman County, we vacated that order on April 17, 2019 and ordered appellant to file, by May 7, 2019, a copy of an order from the local administrative judge of Kaufman County permitting the filing of this appeal.

Before the Court is appellant's objection to this Court's April 17th order. Appellant asserts, among other things, that the order he obtained from Judge Thompson was proper. Appellant further asserts that, before appellant had an opportunity to request permission from the Kaufman County local administrative judge, counsel for appellee filed an untruthful letter with that judge urging him to deny permission to file the appeal.

After reviewing appellant's objection, we extend the deadline for appellant to comply with this Court's April 17th order to **May 28, 2019**. If the local administrative judge of Kaufman County signs an order denying appellant permission to appeal, appellant may apply for a writ of mandamus with this Court not later than the thirtieth day after the date of the order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(f).

The deadline for the reporter's record remains suspended. It will be reset if appellant complies with this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable B. Michael Chitty, Presiding Judge of the 422nd Judicial District Court; Shelly Etheridge, Official Court Reporter for County Court at Law No. 1; and all parties

/s/     BILL WHITEHILL
        JUSTICE